# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darius Latron Chaney,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                             3:12-cv-195
                                            3:03-cr-40-1

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2012 Order.

                                                        Signed: March 28, 2012

                                                        Frank G. Johns, Clerk
                                                        United States District Court